■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLAUDIO HUBBERMAN, Appellant.—Judgment unanimously affirmed for reasons stated in memorandum decision at Livingston County Court, Cicoria, J. (Appeal from judgment of Livingston County Court, Cicoria, J.—criminal possession of controlled substance, second degree.) Present—Doerr, J. P., Denman, Boomer, Green and Balio, JJ.